IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE TURNER, | No. CIV S-09-0484-MCE-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| DENNIS KRIS SISTO, et al., | |
| Respondents. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's request for additional time to file his traverse, and for a stay of these proceedings (Doc. 13).

Petitioner argues these proceedings should be stayed until the Ninth Circuit Court of Appeals issues a ruling in Hayward v. Marshall, case number 06-55392. The court declines to stay these proceedings. However, Petitioner will be granted additional time to file his traverse.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's request for a stay of proceedings (Doc. 13) is denied;

///

1

2.  Petitioner's request for an extension of time is granted; and

3.  Petitioner may file a traverse within 30 days of the date of this order.

DATED: July 20, 2009

                               /s/ Craig M. Kellison
                               **CRAIG M. KELLISON**
                               UNITED STATES MAGISTRATE JUDGE